**Richard A. CAPELL, Plaintiff–Appellant,**

v.

**C. Lee CARTER, III; South Carolina Department of Public Safety; York County Sheriff's Department; TFC DW Jenkins; York County Deputy Aldridge, Defendants–Appellees,**

and

**Trooper SCDPS; Deputy York County, Defendants.**

No. 14–1168.

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 22, 2014.

Richard A. Capell, Appellant Pro Se. Eugene Matthews, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard A. Capell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint raising claims under Title II of the Americans With Disabilities Act of 1990, 42 U.S.C. § 12132 (2006), 42 U.S.C. § 1983 (2006), and 42 U.S.C. §§ 1985, 1986 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Capell v. Carter*, No. 3:13–cv–00586–TLW, 2014 WL 197756 (D.S.C. Jan. 16, 2014). We deny Capell's requests for video evidence, for appointment of counsel, to seal his case, for waiver of fees, and to serve documents electronically. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*